# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF DELAWARE

| | |
|---|---|
| IMMERVISION, INC.,<br><br>      *Plaintiff,*<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS INC.,<br><br>      *Defendant.* | Civil Action No. 18-cv-01630-MN-CJB<br><br>JURY TRIAL DEMANDED |
| IMMERVISION, INC.,<br><br>      *Plaintiff,*<br><br>v.<br><br>LG ELECTRONICS U.S.A., INC. and LG ELECTRONICS INC.,<br><br>      *Defendant.* | Civil Action No. 18-cv-01631-MN-CJB<br><br>JURY TRIAL DEMANDED |

## STIPULATION AND [*PROPOSED*] SECOND AMENDED SCHEDULING ORDER

**WHEREAS**, on June 8, 2021, the Court entered an Amended Scheduling Order (D.I. 113 in 18-1630 and D.I. 112 in 18-1631);

**WHEREAS**, on December 14, 2021, Magistrate Judge Burke issued a Report and Recommendation regarding claim construction for the patent at issue in both of these consolidated cases;

**WHEREAS**, the parties have conferred and agreed upon an amended case schedule to adjust the deadlines for service of final infringement contentions, service of final invalidity contentions, exchange of expert reports, and completion of expert discovery;

**WHEREAS**, no other deadlines, including the dates for the pretrial conference and trial have been amended;

**IT IS HEREBY STIPULATED AND AGREED** by the Parties, through their undersigned counsel, subject to the approval of the Court, that the existing Amended Scheduling Order is replaced with the Proposed Second Amended Scheduling Order attached hereto as Exhibit A, which includes amended deadlines as follows:

| EVENT | ORIGINAL DEADLINE | NEW DEADLINE |
|---|---|---|
| Plaintiff to produce final infringement contentions | December 2, 2021 | January 18, 2022 |
| Defendants to produce final invalidity contentions | January 6, 2022 | February 17, 2022 |
| Deadline to serve opening expert reports by party bearing the burden of proof | January 27, 2022 | February 28, 2022 |
| Deadline to serve rebuttal expert reports | March 3, 2022 | April 11, 2022 |
| Deadline to serve reply expert reports | March 31, 2022 | May 9, 2022 |
| Deadline to complete expert depositions | May 5, 2022 | June 6, 2022 |
| Case-dispositive motions due | July 2, 2022 | No change |
| Oppositions to case-dispositive motions due | Per Court rules | No change |
| Replies to case-dispositive motions due | Per Court rules | No change |
| Pre-trial conference | November 21, 2022 at 1:00 PM | No change |
| Trial | November 28, 2022 at 9:30 AM | No change |

**SO STIPULATED:**

| MORGAN, LEWIS & BOCKIUS LLP | PANITCH SCHWARZE BELISARIO & NADEL LLP |
|---|---|
| */s/ John V. Gorman*<br>John V. Gorman (#6599)<br>Amy M. Dudash (#5741)<br>Kelsey A. Bomar (#6641)<br>1201 N. Market Street, Suite 2201<br>Wilmington, DE 19801<br>Telephone: (302) 574-3000<br>john.gorman@morganlewis.com<br>amy.dudash@morganlewis.com<br>kelsey.bomar@morganlewis.com<br><br>Collin W. Park (Admitted *pro hac vice*)<br>Calvin M. Brien (admitted *Pro Hac Vice*)<br>1111 Pennsylvania Ave. NW<br>Washington, DC 20004<br>Telephone: (202) 739-3000<br>collin.park@morganlewis.com<br>calvin.brien@morganlewis.com<br><br>Andrew V. Devkar (Admitted *pro hac vice*)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Telephone: (310) 907-1000<br>andrew.devkar@morganlewis.com<br><br>*Counsel for Defendants LGElectronics U.S.A., Inc. and LG Electronics Inc.* | */s/ John D. Simmons*<br>John D. Simmons (#5996)<br>Dennis J. Butler (#5981)<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803<br>Telephone: (302) 394-6000<br>jsimmons@panitchlaw.com<br>dbutler@panitchlaw.com<br><br>Keith Jones (Admitted *pro hac vice*)<br>Two Commerce Square<br>2001 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>Telephone: (215) 965-1330<br>kjones@panitchlaw.com<br><br>*Counsel for Plaintiff ImmerVision, Inc.* |